IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHRISTOPHER M. HAMAKER (BOSTON
MOUNTAIN HOLDINGS, LLC)                                                                    PLAINTIFF

v.                                       Case No. 5:14-CV-05365

DARREN SMITH                                                                               DEFENDANT

## O R D E R

The Court has received proposed findings and recommendations (Doc. 9) from United States Magistrate Judge Erin L. Setser. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

Accordingly, IT IS ORDERED that this action be remanded to the Washington County Civil Court. IT IS FURTHER ORDERED that Defendant's motions for leave to proceed *in forma pauperis* (Docs. 4 and 8) are DENIED.

IT IS SO ORDERED this 28th day of January, 2015

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE